**MARILYN D. GARNER, ESQ.**
2007 E. Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| SUN CHA URIEGAS | § | CASE NO. 17-40573-ELM13 |
| | § | |
| | § | |
| Debtor. | § | |

**MOTION TO DISMISS CHAPTER 13 CASE**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FORT WORTH, TEXAS 76102 BEFORE 4:00 P.M. ON THE DAY WHICH IS TWENTY FOUR DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED HEREIN SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

NOW COMES, Sun Cha Uriegas, (hereinafter referred to as "Debtor" whether singular or plural), in this Motion to Dismiss Chapter 13 Case and in support thereof would show the Court as follows:

1. A voluntary petition for relief under chapter 13 of the Bankruptcy Code was filed

by Debtor on February 10, 2017.

2. The Debtor no longer desires to continue with her Chapter 13 Petition.

3. Debtor will negotiate her debt outside of bankruptcy and requests dismissal of this case.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter an order dismissing this case and granting such other and further relief as is appropriate under the circumstances of the case.

Dated:  May 3, 2019                              Respectfully submitted,

*/s/ Marilyn D. Garner*
Marilyn D. Garner
SBOT No. 07675550
2007 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing pleading was sent, ECF and/or First Class mail postage prepaid to the parties listed on the attached matrix on May 3, 2019.

*/s/ Marilyn D. Garner*
Marilyn D. Garner