**MARILYN D. GARNER, ESQ.**
2007 E. Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| SUN CHA URIEGAS | § § § § | CASE NO. 17-40573-ELM13 |
| Debtor. | § | |

## WITHDRAWAL OF MOTION TO DISMISS CHAPTER 13 CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

NOW COMES Sun Cha Uriegas, Debtor for the referenced Chapter 13 case and gives notice of Withdrawal of Motion to Dismiss Chapter 13 Case.

WHEREFORE, PREMISES CONSIDERED, Debtor withdraws the Motion to Dismiss Chapter 13 Case.

Dated: May 21, 2019                              Respectfully submitted,

*/s/Marilyn D. Garner*
Marilyn D. Garner
SBOT No. 07675550
2007 East Lamar Blvd., Suite 200
Arlington, Texas 76006
(817) 505-1499; (817) 549-7200 (FAX)

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing document was sent via first class and/or electronic mail to the parties on the attached creditor matrix on May 21, 2019:

            */s/Marilyn D. Garner*
            Marilyn D. Garner