Alarm Relay, Inc.
111 S. Marshall Ave.
El Cajon, CA 92020


Attorney General of Texas
Suite 262 - Bankruptcy
11617 North Central Expressway
Dallas, TX 75231- 3426


Bank of Hope
3200 Wilshire Blvd., 7th Fl
Los Angeles, CA 90010


Bellaire Park North HOA
6705 Savannah Ln
Fort Worth, TX 76132


Choice Home Warranty
1090 King Georges Post Rd
Edison, NJ 08837


City View Towne Crossing
c-o Dale Worrall
99 Garnsey Rd.
Pittsford, NY 14534


City View Towne Crossing Center
c-o Dale Worrall
99 Garnsey Rd.
Pittsford, NY 14534


Crowley ISD
Eboney Cobb
c/o Perdue Brandon Fielder et al
500 East Border St., Ste 640
Arlington, TX 76010

Davidson Fink, LLP
Attn: Thomas A. Fink, Esq.
28 East Main St., Ste. 1700
Rochester, NY 14614

Edwards Ranch Properties  
4200 S. Hulen, Ste. 614  
Fort Worth, TX 76109

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA  19101-7346

Jeffrey Kurtzman, Esq.  
401 S. 2nd St., Ste. 200  
Philadelphia, PA 19147

John Uriegas  
7001 Castle Creek Court  
Fort Worth, TX   76132

Kelly Kleist Esq.  
5080 Spectrum Dr., Ste. 850E  
Addison, TX 75001

Seth Sullivan, Attorney  
200 Sunny Lane  
Linden, TX 75563

Small Business Administration  
c/o Bank of Hope  
2237 Royal Lane  
Dallas, TX 75229

Sun Cha Uriegas  
7055 Deer Ridge Drive  
Fort Worth, TX 76137

T-Mobile Bankruptcy Team  
PO Box 53410  
Bellevue, WA 98015-3410

Tarrant County Tax Appraisal
Linebarger Goggan Blair
2777 N Stemmons Frwy, Ste 1000
Dallas, TX 75207


Tarrant County Tax Assessor
100 E. Weatherford
Fort Worth, TX  76196


Tarrant County Tax Assessor
Melissa L. Palo/ Linebarger Goggan et al
2777 N Stemons Frwy, Ste 1000
Dallas, TX 75207


US Attorney General
US Dept. of Justice Room 4400
10th & Constitution Avenue NW
Washington, DC 20530


William T. Neary
Office of the U.S. Trustee
1100 Commerce St, Room 976
Dallas, Texas 75242


XTO Energy
810 Houston St
Fort Worth, TX 76102