**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO:  17-40573-ELM** |
| § | | |
| **SUN CHA URIEGAS** § | | **CHAPTER 13** |
| § | | |
| **DEBTOR** § | | **JUDGE EDWARD L MORRIS** |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S RESPONSE TO MOTION TO DISMISS**

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee hereby **WITHDRAWS** the "TRUSTEE'S RESPONSE TO MOTION TO DISMISS" Docket Entry No. 85 filed on or about  May 28, 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "NOTICE OF WITHDRAWAL OF TRUSTEE'S RESPONSE TO MOTION TO DISMISS" was served on the parties listed below in the manner listed below on or before May 31, 2019:

**BY FIRST CLASS MAIL:**
SUN CHA URIEGAS,  7055 DEER RIDGE DR,  FORT WORTH, TX  76137-0000

**ELECTRONIC SERVICE:**
MARILYN D GARNER, 2007 E LAMAR BLVD STE 200, ARLINGTON, TX  76006
KURTZMAN STEADY, 401 S 2ND ST #200, PHILADELPHIA, PA  19147
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
SYNCHRONY BANK, C/O PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA  23541
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

Respectfully submitted,

By:  /s/ Tim Truman

Tim Truman
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500