**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NO: 17-40573-ELM** |
| § | | |
| **SUN CHA URIEGAS** § | | **CHAPTER 13** |
| **7055 DEER RIDGE DR** § | | |
| **FORT WORTH, TX  76137** § | | **JUDGE DENNIS MICHAEL LYNN** |
| § | | |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MODIFICATION

**NOTICE IS HEREBY GIVEN** that Tim Truman, Trustee hereby **WITHDRAWS** his "Trustee's Modification of Plan After Confirmation" filed on or about April 16, 2019.

Date:  5/31/2019

Respectfully submitted,

 /s/   Tim Truman

Tim Truman
Standing Chapter 13 Trustee
State Bar No.  20258000